

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2020

No. 04-20-00334-CV

**IN RE** Teresa L. **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

On August 5, 2020, this court denied relator's petition for writ of mandamus. On September 3, 2020, relator filed motions for rehearing and for en banc reconsideration. After considering relator's arguments, the motions are hereby DENIED.

It is so **ORDERED** September 25, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 19-1453-CV-C, styled *Teresa Rodriguez v. Allstate Fire and Casualty Insurance Co.*, pending in the 25th Judicial District Court, Guadalupe County, Texas, the Honorable William D. Old, III presiding.